UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 11-21118-CIV-MORENO

ELBERT JOHNSON,

    Plaintiff,

vs.

SANJAY RAZDAN,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Defendant Razdan's Motion to Dismiss **(D.E. No. 20)**, filed on **August 31, 2011**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 25)** on **September 21, 2011**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 25)** on **September 21, 2011** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)     Defendant Razdan's Motion to Dismiss is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of October, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record